IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TOM BOMBADIL,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-5737** |
| | : | |
| **CAROL K. LADEN,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 19th day of January, 2021, upon consideration of Plaintiff Tom Bombadil's Motion to Proceed *In Forma Pauperis* (ECF No. 6), and *pro se* Amended Complaint (ECF No. 4) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint and Amended Complaint are **DEEMED** filed.

3. The Amended Complaint is **DISMISSED** for the reasons in the Court's Memorandum as follows:

    a. Claims dismissed for lack of standing and for lack of jurisdiction are **DISMISSED WITHOUT PREJUDICE**; and

    b. The remainder of Bombadil's claims are **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**